```
          UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF WEST VIRGINIA
                  AT CHARLESTON
```

**TRUSTEES OF THE NATIONAL**
**ELECTRICAL BENEFIT FUND,**

      **Plaintiffs,**

**v.**                                    **Civil Action No. 2:23-mc-00245**

**E.L.M. ELECTRIC &**
**CONTRACTING, LLC,**

      **Defendant.**


### ORDER

This case is before the court as a registration of a judgment entered in the United States District Court for the District of Maryland on June 12, 2023, by United Stated District Judge Deborah L. Boardman, for the plaintiffs upon their motion for default judgment.

The Clerk of the District of Maryland certified the judgment to be registered in another district. See Clerk's Certification of a Judgment to be Registered in Another District (ECF 1); see also 28 U.S.C § 1963 (providing that "[a] judgment in an action for the recovery of money or property entered in any . . . district court . . . may be registered by filing a certified copy of the judgment in any other district" and when registered, "shall have the same effect as a judgment of the

district court of the district where registered and may be enforced in like manner").  Included with the filing is the judgment order in the underlying case, ECF 1-1, a letter to the Clerk of the Southern District of West Virginia requesting registration of the judgment, ECF 1-2, and a receipt from the United States District Court for the Southern District of West Virginia at Charleston reflecting payment in full of the filing fee related to this matter, ECF 1-3.

Registration of a judgment under section 1962 "is a rapid procedure that does not require the intervention of a judge."  In re Pro. Air Traffic Controllers Org. (PATCO), 699 F.2d 539, 544 (D.C. Cir. 1983).  Upon receiving a certified copy of the judgment, the clerk of court in the district wherein the judgment is being registered merely enters the sister court's judgment on the docket.  Id.; U.S. v. Febre, 978 F.2d 1262 (7th Cir. 1992).  Once registered, the judgment is treated as if it were an original judgment of the registering court.  Id.

Accordingly, if it has not done so already, the Clerk is directed to register this judgment which shall have the same effect as the original judgment of the District of Maryland and may be enforced in like manner, after which this case is to be stricken from the docket.

**The Clerk is directed to transmit copies of this order to all counsel of record and any unrepresented parties.**

ENTER: October 23, 2024

_____
John T. Copenhaver, Jr.
Senior United States District Judge